**Rita G. DALPE**

v.

**William C. DALPE.**

No. 79–424–A.

Supreme Court of Rhode Island.

Jan. 31, 1980.

Ralph R. Ryan, Pawtucket, for plaintiff.

Carroll, McHugh & Pirraglia, John G. Carroll, Providence, for defendant.

### ORDER

The defendant's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is granted.

DORIS, J., did not participate.